WILLIAM L. MATSON, RESPONDENT, *v.* NANCY E. BURT, APPELLANT.

*United States Circuit Court — not inferior court rendering it necessary to show its jurisdiction on the face of the record — Appeal, without security, from judgment of, does not prevent an action on the judgment being brought in another court.*

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action by the court without a jury.

The action was brought upon a judgment recovered in the United States Circuit Court for the northern district of New York. The defendant insisted that the Circuit Court was an inferior court, and that the fact showing that it had jurisdiction to render the judgment should be set forth in the complaint, and also that as the action in which the judgment was rendered had been taken to the Supreme Court of the United States, upon a writ of error, that no action could be maintained thereon until the cause had been there decided.

The court at General Term say: " The judgment set out in the complaint is sufficiently described under the provision of section 161 of the Code.

The Circuit Court for the northern district of New York, is not an inferior court in the sense which renders it necessary to show its jurisdiction on the face of the record. (*Chemung Canal Bank* v. *Judson*, 8 N. Y., 254.)

The judgment remains valid till reversed, and may be enforced by execution until stayed by security given under the statute. If a judgment can be enforced in such case, without a stay from the Supreme Court of the United States, it can, I should think, be sued over in any court of competent jurisdiction.

We are referred to no authority holding that an appeal or writ of error brought to review a judgment without security, suspends proceedings upon such judgment by suit or in any other mode.

The judgment should be affirmed."

*Rollin Tracy*, for the appellant. *W. E. Hughitt*, for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and TALCOTT, JJ.

Judgment affirmed.